**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

AFSHIN BAHRAMPOUR,

        Plaintiff,

   v.

SECRETARY OF DEFENSE, *et al.*,

        Defendants.

Case No. 2:13-CV-02231-APG-PAL

**ORDER**

(Dkt. #2)

On May 7, 2014, Magistrate Judge Leen entered a Report & Recommendation (Dkt. #2) recommending I dismiss Plaintiff's Complaint.  No objection has been filed.  I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation.  Judge Leen's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #2) is accepted and Plaintiff's Complaint is DISMISSED.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE